1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9  UNITED STATES OF AMERICA,                    NO.  MJ18-347

10                                  Plaintiff,

11              v.                                           DETENTION ORDER

12  SARAH LUCIA NAZARIO,

13                                  Defendant.

14

15  Offense charged:

16      Pretrial Supervision Release Violation

17  Date of Detention Hearing: July 31, 2018.

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  the following:

21      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      1.      Defendant allegedly absconded from pretrial supervision by the District of

23          Oregon.

24      2.      Defendant has no meaningful contacts with this jurisdiction.

25      3.      There are no conditions or combination of conditions other than detention that

26  will reasonably assure the appearance of defendant as required or ensure the safety of the

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

community, pending his initial appearance in the District of Oregon. This Order is without prejudice to defendant's right to seek release upon her initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending his initial appearance in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of July, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2